# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0040.  IN RE: ESTATE OF GARY M. LEACH et al.**

The defendant in the underlying suit, Mary Lou Ellis, has filed an emergency motion in this Court, requesting a supersedeas pending appeal and asking this Court to stay the execution of a writ of possession for a mobile home and property located at 4721 Walker Church Road, Greensboro, issued by the Superior Court of Greene County. Although the trial court's order was signed on February 28, 2023, the order was not filed until March 3, 2023. In its order, the trial court allowed Ellis "thirty (30) days from the date of this Order to remove all belongings and leave the premises."

As an initial matter, according to Ellis's emergency motion, the Greene County Sheriff has indicated that he would enforce the writ of dispossessory today, March 28, 2023. However, the date of filing of the underlying order, not the date of the judge's signature, determines the date of entry. See OCGA § 5-6-31. Therefore, the 30 days provided for Ellis to vacate the premises did not start to run until March 3, 2023. Furthermore, in her notice of appeal, Ellis cites OCGA § 5-6-46 (a), which provides that notices of appeal in certain civil cases shall act as a supersedeas upon the appellant's payment of all costs in the trial court. Here, Ellis filed her notice of appeal on March 27, 2023, at 3:43 p.m., and she has not presented any indication that she has paid costs or that the trial court has failed to recognize the potential supersedeas effect of the filing of her notice of appeal.

In addition to the foregoing, we have reviewed the limited material submitted in connection with this motion, and find Ellis has failed to establish that the exercise of our emergency powers is merited. Accordingly, Ellis's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* __03/28/2023__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*